UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRAVIS FONNESBECK, #125600

           Plaintiff,

  v.

JAKE EISINGER, et al.

           Defendants.
_____/

Case No. 3:19-CV-0273-MMD-CLB

**ORDER**

    While attempting to set a case management conference in this case, the court was notified by the Garfield County Sheriff's Office that plaintiff is no longer incarcerated in their detention facility. According to the Utah Department of Corrections inmate database, plaintiff has been paroled. Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action with prejudice. Plaintiff shall have until **Friday, January 15, 2021** to file a notice of change of address or this court will recommend that this action be dismissed.

    IT IS SO ORDERED.

    DATED: December 9, 2020

                                                      UNITED STATES MAGISTRATE JUDGE