DAVID M. STANTON, ESQ.
Nevada Bar No. 4389
GOICOECHEA, DI GRAZIA, COYLE &
STANTON, LTD.
530 Idaho Street
P. O. Box 1358
Elko, Nevada 89801
Telephone: (775) 738-8091
Email: davidstanton@frontiernet.net

*Attorneys for Defendants Bradley Parvin and Shane Daz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS D. FONNESBECK, | 3:19-CV-00273-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| JAKE EISINGER, ET AL., | |
| Defendants. | |

The above-named parties stipulate and agree that the above-entitled action be dismissed with prejudice, each party to bear its own attorney fees and costs.

**DATED** this 2nd day of July 2021.

Plaintiff Travis D. Fonnesbeck
341 N 1100 E
American Fork, UT 84003

**GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.**
Attorneys for Defendants
530 Idaho Street
Elko, NV 89801

By:___/s/_____
    **TRAVIS D. FONNESBECK**

By:___/s/_____
    **DAVID M. STANTON**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** July 6, 2021

1